1 BRIAN C. SHAPIRO
ATTORNEY AT LAW 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
2 12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712
3 TEL: 562/868-5886
FAX:  562/868-5491
4 E-MAIL: brian_rohlfing.office@speakeasy.net

5 Attorney for plaintiff MARIANNA DAVIS

6

7                     UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                           WESTERN DIVISION

10

11 MARIANNA DAVIS,                 ) Case No.:  CV  09-07431 (RC)
                                   )
12           Plaintiff,             ) (~~PROPOSED~~) ORDER
       vs.                          )
13                                  )
   MICHAEL J. ASTRUE,               )
14 COMMISSIONER OF SOCIAL          )
   SECURITY,                        )
15                                  )
           Defendant                )
16

17     IT IS HEREBY ORDERED, based on the stipulation by and between the

18 parties, through their respective counsel, that the court dismisses the above matter

19 without prejudice. Each side to bear her own costs and expenses, including but not

20 limited to attorney's fees.

21     IT IS SO ORDERED.

22 DATE: January 27, 2010

23                              _/S/ ROSALYN M. CHAPMAN _____
                                THE HONORABLE ROSALYN M. CHAPMAN
24                              UNITED STATES MAGISTRATE JUDGE

25

26